# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 98-2126

———————

National Labor Relations Board,    *
                                      *

                      Petitioner,    *

                                      *    On Petition for Review from

      v.                            *    National Labor Relations Board.

                                        *

Diversified Bank Installations, Inc.,    *        [UNPUBLISHED]

                                      *

                    Respondent.    *

———————

Submitted:  March 8, 1999
Filed:  March 26, 1999

———————

Before FAGG, LAY, and WOLLMAN, Circuit Judges.

———————

PER CURIAM.

      Diversified Bank Installations, Inc. (the Company) petitions for review of an order of the National Labor Relations Board (the Board) and the Board seeks to enforce the order against the Company. Having considered the record and the parties' arguments, we find no error in the Board's decision. Because our review involves the application of established principles of law in a fact-intensive case and the parties' submissions show they are thoroughly familiar with the issues before the court, we conclude that an extensive discussion would serve no useful purpose. We thus enforce the Board's order without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.